1  Brett A. Pedersen, SBN 146341
   Brett Pedersen & Associates
2  Attorneys At Law
   One Maritime Plaza, Suite 400
3  San Francisco, CA 94111
   Telephone:   (415) 434-3101
4  Facsimile:   (415) 434-6336

5  Attorneys for Plaintiff
   AIRBORN OPERATING, L.P.
6

7  VAUGHT & BOUTRIS, LLP
   John R. Vaught, SBN 114590
8  Basil J. Boutris, SBN 122758
   Attorneys at Law
9  80 Swan Way, Suite 320
   Oakland, CA 94621
10 Telephone:   (510) 430-1518

11 Attorneys for Defendants
   MARVIN WILCHER and SHARISSE LANAUX
12

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AIRBORN OPERATING, L.P., a Texas limited partnership, | Case No. C 04-04996 JL ARB |
| Plaintiff, | STIPULATION REQUESTING AN ORDER CHANGING & EXTENDING TIME TO COMPLETE ADR NON-BINDING ARBITRATION & [PROPOSED] ORDER |
| vs. | |
| ERIK-A ELECTRONICS., a California corporation; TAYLOR ELECTRONICS, INC., a business entity, form unknown; SHARISSE LANAUX; SHARISSE LANAUX; and DOES 1 through 10, | |
| Defendants. | Judge:   Hon. James Larson<br>Dept:Courtroom F, 15th Floor |

STIPULATED REQUEST FOR ORDER CHANGING & EXTENDING TIME TO COMPLETE ADR NON-BINDING ARBITRATION

1  Pursuant to Federal Rule of Civil Procedure 6(b) and Civil Local Rules 6-2 and 7-12, Plaintiff AIRBORN OPERATING L.P. and Defendants SHARISSE LANAUX and MARVIN WILCHER submit the following *Stipulation Requesting An Order Changing & Extending Time To Complete ADR Non-Binding Arbitration.*

IT IS HEREBY STIPULATED by and between Plaintiff AIRBORN OPERATING L.P. ("AirBorn") and Defendants SHARISSE LANAUX ("Lanaux") and MARVIN WILCHER ("Wilcher") by and through their respective attorneys of record in order to extend the time for all non-defaulting parties to complete Court ordered non-binding Arbitration, as follows:

1. The underlying *Complaint for Damages (Demand for Jury Trial)* was filed on November 24, 2004.

3. On June 8, 2005, Plaintiff AIRBORN OPERATING L.P. filed a motion to amend its original complaint to join newly discovered additional parties Premier Capital Investors, Premier Financial Associates, Ambassador Electronics, Summit Financial Resources, and Charisse Lanaux. Such motion noticed a hearing date of July 20, 2005.

4. Because of court scheduling conflicts, the hearing on Plaintiff AIRBORN's June 8, 2005 motion to amend its complaint was moved from July 20, 2005 to August 10, 2005 by *Clerk's Notice* dated June 27, 2005.

5. As no opposition was filed, on August 2, 2005, Judge Larson granted Plaintiff's motion to amend without the necessity of hearing.

6. The current ADR non-binding Arbitration deadline in the above captioned matter is August 30, 2005 and Arbitration is currently scheduled for August 24- 25, 2005.

7. Under the current ADR order, the parties' Arbitration briefs for the August 24, 2005 non-binding Arbitration are due on August 15, 2005.

8. The proposed new parties can not reasonably be served with the amended complaint by August 15, 2005 and participation in Arbitration without all the interested or necessary parties will not be effective or judicially efficient. Even if all proposed new parties could be served, their respective responses to Plaintiff AIRBORN's amended complaint would not be due until after the current August 30, 2005 Arbitration completion date, approximately 40

to 50 days under FRCP 4(e), FRCP 12, and CCP § 415.10 et al (some parties which Plaintiff seeks to add are out of state).

9. Because of the issues surrounding the various individual and business entity defendants and various motions, 1) the parties have not yet participated in a case management conference, 2) the parties' June 1, 2005 Joint Case Management Statement and Proposed Order are out-dated; 3) no current case management order is in place, 4) the parties proposed discovery plan has not been approved and ordered by the Court, and 5) as a result no formal discovery has taken place.

10. A stipulation requesting an order changing time for completion of the ADR non-binding Arbitration deadline is necessary because of calendaring, case management, and discovery issues detailed in Paragraphs 1-9 of this stipulation.

11. The undersigned Plaintiff and Defendants do freely stipulate to complete Court ordered non-binding Arbitration before January 31, 2006.

12. The undersigned Plaintiff and Defendants do freely stipulate to participate in Court ordered non-binding Arbitration on December 14-15, 2005.

13. The undersigned Plaintiff and Defendants do freely stipulate to December 7-8, 2005 and January 18-19, 2006 as alternative dates for participation in Court ordered non-binding Arbitration.

14. The undersigned Plaintiff and Defendants do freely stipulate that Arbitration Briefs shall be submitted 10 calendar days before the date of the Court ordered non-binding Arbitration.

15. This stipulation to request an extension of time for all non-defaulting parties to complete Court ordered non-binding Arbitration shall have no other effect on the continued prosecution of this matter.

///

///

///

///

| | | |
|---|---|---|
| 1 | Dated: August 8, 2005 | BRETT PEDERSEN & ASSOCIATES |
| 2 | | |
| 3 | | By:     /s/ Brett A. Pedersen<br>           Brett A. Pedersen |
| 4 | | Attorneys for Plaintiff<br>AIRBORN OPERATING, L.P. |
| 5 | | |
| 6 | | |
| 7 | Dated: August 8, 2005 | VAUGHT & BOUTRIS, LLP |
| 8 | | By:     /s/ Jon R. Vaught<br>           Jon R. Vaught |
| 9 | | |
| 10 | | Attorneys for Defendants<br>MARVIN WILCHER and SHARISSE<br>LANAUX. |
| 11 | | |

### ORDER

Upon consideration of the attached stipulation, it is ORDERED, that the said stipulation be and hereby is approved and that the time for all non-defaulting parties to complete Court ordered non-binding Arbitration is hereby extended to and including the day of January 31, 2006.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: August 12, 2005

_____
Honorable _____
United States _____ Judge

APPROVED
Judge James Larson

4

STIPULATED REQUEST FOR ORDER CHANGING & EXTENDING TIME TO COMPLETE ADR NON-BINDING ARBITRATION