UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIRBORN OPERATING, | No. C 04-4996    JL |
| Plaintiff, | **ORDER** |
| v. | |
| ERIK-A ELECTRONICS, ET AL., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a case management conference in this case will be held before this Court on Wednesday, February 15, 2006 at 10:30 a.m. Ten days prior to the case management conference, counsel shall prepare a Joint Case Management Conference Statement and proposed order and submit it to the Court.

IT IS SO ORDERED.

DATED: January 13, 2006

_____
James Larson
United States Chief Magistrate Judge