UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIRBORN OPERATING, | No. C 04-4996   JL |
|     Plaintiff, | |
|   v. | **ORDER** |
| ERIK-A ELECTRONICS, ET AL., | |
|     Defendants. | |
| _____/ | |

TO PLAINTIFF AND COUNSEL OF RECORD:

The Court has received Plaintiff's application for entry of default against "Charisse Lanaux." Defendant Sharisse Lanaux objects to this application on the basis that there is no such person as Charisse Lanaux and that Plaintiff is attempting to obtain entry of default against Defendant Sharisse Lanaux by suing Charisse Lanaux as an a.k.a. without any evidence to support that Charisse Lanaux is an a.k.a. of Sharisse Lanaux.

You are hereby ordered to provide evidence that:

(1) There is a person by the name of "Charisse Lanaux" who is separate and distinct from Defendant "Sharisse Lanaux;"

(2) The person served with the Summons and Complaint in this case by Plaintiff's process served was in fact "Charisse Lanaux" and not Defendant "Sharisse Lanaux."

1   Plaintiff shall provide such evidence within ten days of the e-filing of this Order.
2   IT IS SO ORDERED.
3   DATED: February 7, 2006

_____
James Larson
Chief Magistrate Judge