1  Brett A. Pedersen, SBN 146341
   BRETT PEDERSEN & ASSOCIATES
2  Attorneys At Law
   One Maritime Plaza, Suite 400
3  San Francisco, CA  94111
   Telephone:   (415) 434-3101
4  Facsimile:   (415) 434-6336

5  Attorneys for Plaintiff
   AIRBORN OPERATING, L.P.

6                                                    Amy F. Sorenson, Esq.
                                                     Timothy B. Schade, Esq.
   VAUGHT & BOUTRIS, LLP
7  John R. Vaught, SBN 114590                        SNELL & WILMER LLP
   Basil J. Boutris, SBN 122758                      15. W. South Temple, Suite 1200
8  Attorneys at Law                                  Salt Lake City, UT 84101
   80 Swan Way, Suite 320                            Telephone:   (801) 257-1900
9  Oakland, CA 94621                                 Facsimile:   (801) 257-1800
   Telephone:   (510) 430-1518
10

   Attorneys for Defendants                          Attorneys for Defendant
11 MARVIN WILCHER, SHARISSE LANAUX,                  SUMMIT FINANCIAL RESOURCES
   PREMIER FINANCIAL ASSOCIATES, and
12 PREMIER CAPITAL INVESTORS

13                **UNITED STATES DISTRICT COURT**

14                **NORTHERN DISTRICT OF CALIFORNIA**

15

16  AIRBORN OPERATING, L.P., a Texas limited partnership,    Case No. C 04-04996 JL ARB

17                Plaintiff,    STIPULATION REQUESTING AN ORDER CHANGING & EXTENDING TIME TO COMPLETE ADR NON-BINDING ARBITRATION & [PROPOSED] ORDER

18         vs.

19  ERIK-A. ELECTRONICS, a California Corporation; TAYLOR ELECTRONICS,
20  Inc., a business entity; form unknown; SHARISSE LANAUX; MARVIN
21  WILCHER; PREMIER CAPITAL INVESTORS, a California Corporation;
22  PREMIER FINANCIAL ASSOCIATES, a business entity, form unknown;
23  SUMMIT FINANCIAL RESOURCES,    Judge:   Hon. James Larson
24  L.P., a business entity, form unknown; CHARISSE LANAUX; and DOES 5    Dept:    Courtroom F, 15th Floor
    through 10
25

26                Defendants.

27

28

STIPULATED REQUEST FOR ORDER CHANGING & EXTENDING TIME TO COMPLETE ADR NON-BINDING ARBITRATION

1       Pursuant to Federal Rule of Civil Procedure 6(b) and Civil Local Rules 6-2 and 7-12, Plaintiff AIRBORN OPERATING L.P., Defendants SHARISSE LANAUX, MARVIN WILCHER, PREMIER FINANCIAL ASSOCIATES, PREMIER CAPITAL INVESTORS, and SUMMIT FINANCIAL RESOURCES submit the following *Stipulation Requesting An Order Changing & Extending Time To Complete ADR Non-Binding Arbitration.*

      IT IS HEREBY STIPULATED by and between Plaintiff AIRBORN OPERATING L.P. ("AirBorn"), Defendant SHARISSE LANAUX, Defendant MARVIN WILCHER, Defendant PREMIER FINANCIAL ASSOCIATES, Defendant PREMIER CAPITAL INVESTORS, and Defendant SUMMIT FINANCIAL RESOURCES by and through their respective attorneys of record in order to extend the time for all non-defaulting parties to complete Court ordered non-binding Arbitration, as follows:

      1.    The underlying *Complaint for Damages (Demand for Jury Trial)* was filed on November 24, 2004.

      2.    The parties were assigned to mandatory Alternative Dispute Resolution at the outset of this litigation in November 2004.

      3.    On June 8, 2005, Plaintiff AIRBORN OPERATING L.P. filed a motion to amend its original complaint to join newly discovered additional party Defendants PREMIER CAPITAL INVESTORS, PREMIER FINANCIAL ASSOCIATES, AMBASSADOR ELECTRONICS, SUMMIT FINANCIAL RESOURCES, and CHARISSE LANAUX. Such motion noticed a hearing date of July 20, 2005.

      4.    On August 2, 2005, Judge Larson granted Plaintiff's AIRBORN's motion to amend without the necessity of hearing. Defendants PREMIER CAPITAL INVESTORS, PREMIER FINANCIAL ASSOCIATES, SHARISSE LANAUX, and MARVIN WILCHER filed answers to the first amended complaint on November 7, 2005 and Defendant SUMMIT FINANCIAL RESOURCES answered on December 12, 2005.

      5.    The ADR non-binding Arbitration deadline in the above captioned matter was January 31, 2006.

      6.    Pursuant to the January 24, 2006 teleconference coordinated and initiated by this

1  Court's ADR Unit, the undersigned Plaintiff and Defendants and Arbitrator Thomas LoSavio
2  stipulated to continue the deadline to complete the Court ordered non-binding Arbitration and to
3  file such Stipulation with the Court before February 3, 2006.

4        7.    Because of the issues surrounding the various individual and business entity
5  defendants, assorted motions, and the recent joinder of Defendants PREMIER FINANCIAL
6  ASSOCIATES, PREMIER CAPITAL INVESTORS, CHARISSE LANAUX and SUMMIT
7  FINANCIAL RESOURCES, 1) the parties have not yet participated in a case management
8  conference, 2) the original parties' June 1, 2005 Joint Case Management Statement and Proposed
9  Order are out-dated; 3) no current case management order is in place, 4) the parties proposed
10 discovery plan has not been approved and ordered by the Court, and 5) as a result no formal
11 discovery has taken place.

12       8.    A stipulation requesting an order changing time for completion of the ADR non-
13 binding Arbitration deadline is necessary because of calendaring, case management, and
14 discovery issues detailed in Paragraphs 1-7 of this Stipulation.

15       9.    The undersigned Plaintiff and Defendants do freely stipulate to complete Court
16 ordered non-binding Arbitration before July 31, 2006.

17       10.    The undersigned Plaintiff and Defendants do freely stipulate to cooperate in
18 choosing acceptable dates for participation in Court ordered non-binding Arbitration and
19 coordinating such dates with Arbitrator Thomas LoSavio by February 16, 2006, 1 calendar day
20 after the current February 15, 2006 case management conference.

21       11.    The undersigned Plaintiff and Defendants do freely stipulate that Arbitration
22 Briefs shall be submitted 10 calendar days before the date chosen for participation in the Court
23 ordered non-binding Arbitration.

24       12.    This Stipulation to request an extension of time for all non-defaulting parties to
25 complete Court ordered non-binding Arbitration shall have no other effect on the continued
26 prosecution of this matter.

27 ///

28 ///

| | | |
|---|---|---|
| 1 | Dated: February _3_, 2006 | BRETT PEDERSEN & ASSOCIATES |
| 2 | | |
| 3 | | By: _____Brett A. Pedersen_____<br>Brett A. Pedersen |
| 4 | | Attorneys for Plaintiff<br>AIRBORN OPERATING, L.P. |
| 5 | Dated: February _2_, 2006 | VAUGHT & BOUTRIS, LLP |
| 6 | | |
| 7 | | By: _____/s/ Jon R. Vaught_____<br>Jon R. Vaught |
| 8 | | |
| 9 | | Attorneys for Defendants<br>MARVIN WILCHER, SHARISSE LANAUX,<br>PREMIER FINANCIAL ASSOCIATES, and<br>PREMIER CAPITAL INVESTORS. |
| 10 | | |
| 11 | Dated: February _3, 2006 | SNELL & WILMER |
| 12 | | |
| 13 | | By: _____/s/ Amy F. Sorenson_____<br>Amy F. Sorenson |
| 14 | | Attorneys for Defendant<br>SUMMIT FINANCIAL RESOURCES. |
| 15 | | |
| 16 | Dated: February 2, 2006 | **Thomas J. LoSavio, Esq.** |
| 17 | | By: _____/s/ Thomas J. LoSavio_____<br>Thomas J. LoSavio, Esq. |
| 18 | | |

### ORDER

Upon consideration of the attached stipulation, it is ORDERED, that the said stipulation be and hereby is approved and that the time for all non-defaulting parties to complete Court ordered non-binding Arbitration is hereby extended to and including the day of July 31, 2006. PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:__2/7/06_____

_____
United States Magistrate Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge James Larson]*

1 | I hereby attest that I have on file all holograph signatures for any signatures indicated by a
2 | "conformed" signature (/s/) within this e-filed document.
3 | Dated: February 3, 2005          BRETT PEDERSEN & ASSOCIATES

By: _____Brett A. Pedersen_____
      Brett A. Pedersen

Attorneys for Plaintiff
AIRBORN OPERATING, L.P.