1 | Brett A. Pedersen, SBN 146341
  | Edwin Bradley, 141932
2 | Brett Pedersen & Associates
  | Attorneys At Law
3 | One Maritime Plaza, Suite 400
  | San Francisco, CA  94111
4 | Telephone:     (415) 434-3101
5 | Facsimile:     (415) 434-6336

6 | Attorneys for Plaintiff
  | AIRBORN OPERATING, L.P.

7

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIRBORN OPERATING, L.P., a Texas limited partnership, | Case No. C 04-04996 JL ARB |
| Plaintiff, | [~~XXXXXXX~~][PROPOSED] ORDER GRANTING AIRBORN OPERATING'S ADMINISTRATIVE MOTION TO CONTINUE ARBITRATION HEARING AND REQUEST TO EXTEND ARBITRATOR'S JURISDICTION |
| vs. | |
| ERIK-A. ELECTRONICS, a California Corporation; TAYLOR ELECTRONICS, Inc., a business entity; form unknown; SHARISSE LANAUX; MARVIN WILCHER; PREMIER CAPITAL INVESTORS, a California Corporation; PREMIER FINANCIAL ASSOCIATES, a business entity, form unknown; SUMMIT FINANCIAL RESOURCES, L.P., a business entity, form unknown; CHARISSE LANAUX; and DOES 5 through 10 | [Northern District Rule 7-11] |
| | Date:   TBD |
| | Time:   TBD |
| | Judge:  James Larson |
| Defendants. | |

This matter having been brought before the court in accordance with Local Rule 7-11 of the Northern District, with all properly served papers having been considered and with good cause

ORDER GRANTING PLAINTIFF AIRBORN OPERATING'S
MOTION TO EXTEND ARBITRATION AUTHORITY AND TO CONTINUED ARBITRATION DATE [L.R 7-11]
1.

appearing therefore,

IT IS HEREBY ORDERED AS FOLLOWS:

1. The jurisdiction and authority of arbitrator Thomas J. LoSavio is hereby extended through October 31, 2006.

2. The arbitration hearing in this matter set for July 20, 2006 is and shall be VACATED.

3. The parties shall attempt in good faith to reschedule the arbitration during the week of October 2, 2006 or such other date as reasonably required by Arbitrator Thomas J. LoSavio prior to the expiration of his authority.

DATED: July 19, 2006

IT IS SO ORDERED.



Hon. _____
United States Magistrate Judge

ORDER GRANTING PLAINTIFF AIRBORN OPERATING'S
MOTION TO EXTEND ARBITRATION AUTHORITY AND TO CONTINUED ARBITRATION DATE [L.R 7-11]
2.