| | |
|---|---|
| 1  Brett A. Pedersen, SBN 146341<br>   Edwin Bradley, 141932<br>2  BRETT PEDERSEN & ASSOCIATES<br>   Attorneys At Law<br>3  One Maritime Plaza, Suite 400<br>   San Francisco, CA  94111<br>4  Telephone:     (415) 434-3101<br>   Facsimile:      (415) 434-6336<br>5<br>   Attorneys for Plaintiff<br>6  AIRBORN OPERATING, L.P. | Timothy B. Schade, Esq.<br>SNELL & WILMER LLP<br>15. W. South Temple, Suite 1200<br>Salt Lake City, UT 84101<br>Telephone:     (801) 257-1900<br>Facsimile:      (801) 257-1800 |
| 7  VAUGHT & BOUTRIS, LLP<br>   John R. Vaught, SBN 114590<br>8  Basil J. Boutris, SBN 122758<br>   Attorneys at Law<br>9  80 Swan Way, Suite 320<br>   Oakland, CA 94621<br>10 Telephone:     (510) 430-1518 | Attorneys for Defendant<br>SUMMIT FINANCIAL RESOURCES |
| 11 Attorneys for Defendants<br>   MARVIN WILCHER, SHARISSE LANAUX,<br>12 PREMIER FINANCIAL ASSOCIATES, and<br>   PREMIER CAPITAL INVESTORS | |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AIRBORN OPERATING, L.P., a Texas limited partnership,<br><br>                      Plaintiff,<br><br>               vs.<br><br>ERIK-A. ELECTRONICS, a California Corporation; TAYLOR ELECTRONICS, Inc., a business entity; form unknown; SHARISSE LANAUX; MARVIN WILCHER; PREMIER CAPITAL INVESTORS, a California Corporation; PREMIER FINANCIAL ASSOCIATES, a business entity, form unknown; SUMMIT FINANCIAL RESOURCES, L.P., a business entity, form unknown; CHARISSE LANAUX; and DOES 5 through 10<br><br>                      Defendants. | Case No. C 04-04996 JL ARB<br><br>STIPULATION OF DISMISSAL FOR DEFENDANT SUMMIT FINANCIAL RESOURCES, L.P.:<br><br>ORDER OF DISMISSAL.<br>FRCP 41(a)(1)<br><br><br><br>Judge:    Hon. James Larson<br>Dept:     Courtroom F, 15th Floor |

1

STIPULATION FOR DISMISSAL OF DEFENDANT SUMMIT FINANCIAL RESOURCES: ORDER [FRCP 41]

Pursuant to Federal Rule of Civil Procedure 41(a)(1) Plaintiff AIRBORN OPERATING L.P., Defendants SHARISSE LANAUX, MARVIN WILCHER, PREMIER FINANCIAL ASSOCIATES, PREMIER CAPITAL INVESTORS, and SUMMIT FINANCIAL RESOURCES submit the following *Stipulation of Dismissal for Defendant Summit Financial Resources, L.P.*

IT IS HEREBY STIPULATED by and between all parties to this action, to wit: Plaintiff AIRBORN OPERATING L.P. ("AirBorn"), Defendant SHARISSE LANAUX, Defendant MARVIN WILCHER, Defendant PREMIER FINANCIAL ASSOCIATES, Defendant PREMIER CAPITAL INVESTORS, and Defendant SUMMIT FINANCIAL RESOURCES by and through their respective attorneys of record in order to DISMISS Defendant Summit Financial Resources, L.P., only, and without prejudice.

Each party shall bear his/her/its own attorneys' fees and costs of suit with respect to this dismissal of Summit Financial Resources, L.P.

/ / /

/ / /

/ / /

| | | |
|---|---|---|
| 1 | Dated:  September 5, 2006 | BRETT PEDERSEN & ASSOCIATES |
| 2 | | |
| 3 | | By:      /s/ Brett A. Pedersen<br>           Brett A. Pedersen |
| 4 | | Attorneys for Plaintiff<br>AIRBORN OPERATING, L.P. |
| 5 | | |
| 6 | Dated: September 5, 2006 | VAUGHT & BOUTRIS, LLP |
| 7 | | By:      /s/ Jon R. Vaught<br>           Jon R. Vaught |
| 8 | | |
| 9 | | Attorneys for Defendants<br>MARVIN WILCHER, SHARISSE LANAUX,<br>PREMIER FINANCIAL ASSOCIATES, and<br>PREMIER CAPITAL INVESTORS. |
| 10 | | |
| 11 | Dated: September 5, 2006 | SNELL & WILMER |
| 12 | | |
| 13 | | By:      /s/ Timothy Schade<br>           Timothy Schade |
| 14 | | Attorneys for Defendant<br>SUMMIT FINANCIAL RESOURCES. |
| 15 | | |

### ORDER

Upon consideration of the attached stipulation, it is ORDERED, that the said stipulation be and hereby is APPROVED and that Defendant Summit Financial Resources, L.P. is and shall be DISMISSED from this action.  Each party is to bear its own attorneys' fees and costs of suit with respect to the effect of this dismissal.

DATED:  _September 8, 2006_____

PURSUANT TO STIPULATION, IT IS SO ORDERED.

_____
James Larson
United States District/ Magistrate Judge

IT IS SO ORDERED
Judge James Larson

3

STIPULATION FOR DISMISSAL OF DEFENDANT SUMMIT FINANCIAL RESOURCES: ORDER [FRCP 41]