UNITED STATES DISTRICT COURT

Northern District of California

AIRBORN OPERATING L.P.

              Plaintiff(s),          No. C 04-04996 JL

  v.

ERIK-A ELECTRONICS ET AL       ORDER

              Defendant(s).
_____/

      The Case Management Conference on calendar November 15, 2006 is hereby vacated, subject to being reset after the Court's ruling on the motion to dismiss.

Dated: November 14, 2006

                                                  _____
                                                  JUDGE NAME
                                                  United States Magistrate Judge